## STATE v. VALENTINE BENDER.

Court of Quarter Sessions.  Dover.  December, 1793.

*Wilson's Red Book, 11.*[†]

---

[*] This case is also reported in *Read's Notebook, 11.*

[†] This case is also reported in *Bayard's Notebook, 34; Miller's Notebook, 33; Clayton's Notebook, 2; Read's Notebook, 12.*

BASSETT, C. J., said a majority of the Court were for admitting her *ex necessitate rei*—that she was a good witness by the common law, and not excluded by the Act of Assembly from obtaining redress in that way, but, if the assault had been on a white man, he would not have admitted her.

Another witness proved it was the Negro's own assault.

Verdict not guilty, and the court refused to certify.